IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01926-LTB

HAROLD M. CARMENOROS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 15, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

    DATED at Denver, Colorado, this 15th day of July, 2014.

                                      FOR THE COURT,

                                      JEFFREY P. COLWELL, Clerk

                                      By: s/K Lyons
                                            Deputy Clerk